JULIA ANN FREEMAN, APPELLANT, *v.* ALBERT BARBER, RESPONDENT.

*Land owned by husband and wife — action for damages to — both must join — Remittitur.*

Plaintiff brought this action to recover for the occupation of certain land, and for waste committed thereon. Upon the trial, it appeared that the title to the land was in the husband and wife, jointly. *Held*, that she could not recover; that both must join in the action.‡

In an action heretofore brought, in this court, in which the plaintiff and her

* Cary v. White, 52 N. Y., 138.

† Davis v. Spencer, 24 N. Y., 386, 391 ; Pratt v. Foote, 9 Id., 463.

‡ Farmers' and Mechanics' Bank v. Gregory, et al., 49 Barb., 155; Goelet v Gori, 31 Barb., 314; Torrey v. Torrey, 14 N. Y., 430.

husband were defendants, it was decided at the General Term,* reversing the judgment of a referee, that they were entitled to a life estate in the land, for damages to which, this action was brought, and to a deed conveying the same to her and her husband, to have and to hold the same so long as they, or either of them, should live. This judgment was affirmed in the Court of Appeals, † and judgment absolute ordered for the defendants; on filing the remittitur, an order was made at the Special Term directing the land to be conveyed to Julia Ann Freeman, the plaintiff, for her natural life. *Held,* that in so far as this order directed her to receive a greater or different interest than that authorized by the judgment of the General Term, it was of no effect, and not binding on the parties.

APPEAL from a judgment in favor of the defendant, entered upon the report of a referee.

*H. Ballard and H. C. Miner,* for the appellant.

*M. M. Waters,* for the respondent.

Opinion by MILLER, P. J.

Present—MILLER, P. J., BOCKES and BOARDMAN, JJ.

Judgment affirmed, with costs.